**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

*In re:* Kim Sang Chao

BK No. 1:15−bk−11918

*7 Day Order to File Missing Documents and*
*Notice of Automatic Dismissal for Non−Compliance*

A petition was filed in the above−referenced case on **10/2/15**. Pursuant to LBR 1002−1 and 1007−1(b), please be advised that the following documents are missing and must be filed within *seven (7) days* of the petition date**.**

Failure to timely comply with this order by filing the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.

*Other:* Amend 1st page of Voluntary Petition to include "Type of Debtor" and "Nature of Debt"

## Certificate of Service

| *Debtor* | *Debtor's Attorney* | *Chapter Trustee* |
|---|---|---|
| Regular Mail | Email Delivery | Email Delivery |

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Dated : 10/5/15
Document Number: 5 − 1
313a.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*