United States Bankruptcy Court
District of Rhode Island

```
In re:                                                    Case No. 15-11918-DF
Kim Sang Chao                                             Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0103-1        User: janet1         Page 1 of 1          Date Rcvd: Oct 05, 2015
                           Form ID: 304aa        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2015.
db            +Kim Sang Chao,   61 Magnolia Street,   Cranston, RI 02910-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2015 at the address(es) listed below:
          Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
          Stacy B. Ferrara    stacyferrara@earthlink.net,  RI11@ecfcbis.com;sferraralaw@hotmail.com
          Todd  Dion   on behalf of Debtor Kim Sang Chao toddsdion@msn.com
                                                                    TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

*In re: Kim Sang Chao*                                    *BK No. 1:15−bk−11918*

### Order to File Missing Documents, and Notice of Automatic Dismissal for Non−Compliance−− Chapter 7 Case

A petition was filed in the above−referenced case on **10/2/15**. Pursuant to Rhode Island LBR 1007, please be advised that the following documents are missing and must be filed within 14 days.

Failure to timely comply with this order by filing the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.

*Payment Advices (60 Days) or Affidavit of Non−existence*

*Other:*

***REMINDER: CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE MUST BE FILED WITH THE COURT NO LATER THAN 60 DAYS AFTER THE ORIGINAL MEETING OF CREDITORS DATE!**

## Certificate of Service

| *Debtor* | *Debtor's Attorney* | *Chapter 7 Trustee* |
|---|---|---|
| Regular Mail | Email Delivery | Email Delivery |

Dated *: 10/5/15*                                    *So Ordered:*
Document Number: **6 − 1**

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

304aa.jsp

_____

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*